UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EMPLOYERS INSURANCE COMPANY OF WAUSAU,

            Plaintiff,

-against-

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

           Defendant.
------------------------------------------------------------x

08 CIV 6565

Civil Action No.

FED R. CIV. 7.1 STATEMENT



**M A D A M/S I R S:**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff EMPLOYERS INSURANCE COMPANY OF WAUSAU (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    None.

Dated: New York, New York
       July 22, 2008

Yours, etc.,

JAFFE & ASHER LLP

By: _/s/ Nancy I. Margolin_
    Marshall T. Potashner (MTP-3552)
    MPotashner@jaffeandasher.com
    Nancy I. Margolin (NM-2013)
Attorneys for Plaintiff
EMPLOYERS INSURANCE
COMPANY OF WAUSAU
600 Third Avenue
New York, New York 10016
(212) 687-3000