Employers Insurance Company of Wasuau,

                                Plaintiff(s)

-against-

National Union Fire Insurance Company of
Pittsburgh, P.A.,

                                Defendant(s)

**AFFIDAVIT OF SERVICE**

Case No. 08 Civ. 6565

State of New York )
                      ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on July 29, 2008 at approximately 1:20 PM deponent served the following specific papers Summons in a Civil Action and Complaint, Individual Practices of Judge McMahon Revised on February 3, 2006, Individual Rules of Practice of Judge Kevin Nathaniel Fox Revised on March 3, 2008 and Electronic Case Filing Rules & Instructions dated May 28, 2008 Edition, that the party served was National Union Fire Insurance Company of Pittsburgh, P.A., by personally serving one copy of the aforesaid papers at the office of the NYS Department of Insurance located at 99 Washington Avenue, 20th Floor, in the City of Albany, New York by delivering to and leaving papers with Patrick Harrigan, a white male with brown hair, being approximately 46-55 years of age; height of over 6', weight of 160-190 lbs., being an authorized person in NYS Department of Insurance and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                         Mary M. Bonville

Sworn to before me this 29th day of July, 2008

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010